# EXHIBIT 1



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

NXC / ALL
Transmittal Number: 16349100
Date Processed: 03/09/2017

| | |
|---|---|
| Primary Contact: | Andrew Wolfer<br>Citizens Disability, LLC<br>1075 Main Street<br>Floor 4th<br>Waltham, MA 02451 |
| Electronic copy provided to: | Robert Schwartz Jr. |
| Entity: | Citizens Disability, LLC<br>Entity ID Number 2914649 |
| Entity Served: | Citizens Disability LLC |
| Title of Action: | Danny King vs. Citizens Disability LLC |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Class Action |
| Court/Agency: | Santa Fe County District Court, New Mexico |
| Case/Reference No: | D-101-CV-2017-00536 |
| Jurisdiction Served: | Massachusetts |
| Date Served on CSC: | 03/09/2017 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Sid Childress<br>505-433-9823 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscglobal.com

## SUMMONS

| **First Judicial District Court**<br>Santa Fe County, New Mexico<br>225 Montezuma Ave<br>Santa Fe, NM 87501<br>**Court Telephone:** (505) 455 - 8250 | Case Number: D101-CV-2017-00536<br><br>Judge: Hon. Francis J. Mathew |
|---|---|
| Plaintiff: Danny King<br><br>v.<br>Defendant: Citizens Disability LLC | Defendant name: CITIZENS DISABILITY LLC<br>Address: c/o Registered Agent - Corporation Service Company, 84 State St, Boston, MA 02109 |

**TO THE ABOVE NAMED DEFENDANT**: Take notice that:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this  28  day of  February , 2017

Stephen T. Pacheco
CLERK OF COURT
By: *Victoria B. Neal*
        Deputy

/s/ Sid Childress

Sid Childress, Lawyer
PO Box 2327
Santa Fe, NM 87504
505-433-9823
Attorney for Plaintiff

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

DISTRICT COURT CLEI
2/25/2017 7:11:50 /
STEPHEN T. PACHE(
Ginger Slo

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

DANNY KING,

        Plaintiff,

v.

CITIZENS DISABILITY LLC,

        Defendant.

case no. D-101-CV-2017-00536

Case assigned to Mathew, Francis J.

## COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT, THE UNFAIR PRACTICES ACT AND TORTS

TO THE HONORABLE COURT:

1. Plaintiff Danny King ("Plaintiff") is a real person residing in Santa Fe County, New Mexico who may be contacted through his undersigned attorney.

2. Defendant Citizens Disability LLC is a Massachusetts limited liability company. Defendant may be served a summons by certified mail, return-receipt requested to its registered agent Corporation Service Company at 84 State St., Boston, MA 02109.

3. One of Plaintiff's telephones is a wireless cell phone. Plaintiff's cell phone number at all relevant times has been continuously listed on the national do-not-call registry.

4. Defendant has no regard or concern for the fact that any particular phone number may operate a wireless or cell phone or may be listed on the national do-not-call registry.

5. Defendant intentionally, knowingly and willfully utilizes an automatic telephone

1

dialing system and/or auto-dialer ("ATDS" or "auto-dialer") to place telephone calls to cell phones, without regard for whether the phones are cell-phones or may be listed on the national do-not-call registry.

6. Defendant intentionally uses an auto-dialer to seek potential customers for its products and services.

7. Defendant intentionally, knowingly and willfully used an ATDS and/or auto-dialer to repeatedly call Plaintiff's cell phone for the purpose of making telephone solicitations.

8. Plaintiff and his cell phone were in Santa Fe when Defendant or its telemarketers called Plaintiff and his cell phone with their auto-dialers.

9. This Court has jurisdiction and venue is proper.

10. After auto-dialing Plaintiff's cell phone that is listed on the national do-not-call registry, Defendant then intentionally, knowingly and willfully, when Plaintiff answered the phone call, failed to disclose Defendant's name within fifteen (15) seconds.

11. If Defendant did not directly make the phone calls and engage in the conduct described above, then it used the services of third-party telemarketers and "lead generators" to do so and is vicariously liable for their conduct pursuant to federal common-law agency principles.

12. Defendant's auto-dialed robo-calls to New Mexico residents do not disclose Defendant's name within fifteen (15) seconds of the time the person being called answers.

13. Plaintiff has never had any established business relationship with Defendant.

14. Plaintiff has never consented to being auto-dialed or robo-called or to having his privacy invaded and days disrupted because an ATSD nuisance robot-caller trespassed on his

2

cell phone.

15.   In addition to the illegal conduct described above, Defendant knowingly caused its illegal phone calls to Plaintiff to transmit misleading or inaccurate caller identification information.

16.   Defendant's phone calls to Plaintiff described above actually came from an out-of-state call center, but to try to make Plaintiff believe the calls were local, Defendant transmitted on Caller ID that the calls were from an area code 505 phone number.

17.   Defendant intended by its false Caller ID information to wrongfully obtain a thing of value: a sales lead.

18.   Plaintiff hereby brings this action pursuant to 47 U.S.C. § 227 to enjoin Defendant's unlawful behavior and require compliance with federal law regarding auto-dialers and robo-calls to wireless or cell phones, regarding unsolicited telemarketing to numbers listed on the national do-not-call registry, and regarding the use of misleading or inaccurate Caller ID information.

19.   Plaintiff hereby brings this action pursuant to 47 U.S.C. § 227 to receive from Defendant $3000 for each of Defendant's calls to Plaintiff's cell-phone.

20.   Each of Defendant's calls to Plaintiff included at least two (2) separate violations of the Telephone Consumer Protection Act ("the TCPA" or "the Act") because, first, the calls themselves were illegal and, second, Defendant used inaccurate Caller ID information to mislead Plaintiff and the other class-members into thinking it was a local call so they would answer the phone.

21.   Defendant's unlawful behavior set forth above is a nuisance, harassment, waste of

Plaintiff's time, and is intentional, willful, wanton, knowingly wrong and reckless.

22.     Plaintiff has incurred actual damages as a result of Defendant's unlawful behavior set forth above.

23.     Plaintiff hereby sues Defendant for nuisance, trespass and intentional infliction of aggravation and distress.

24.     Plaintiff should have and recover judgment against Defendant for all his actual damages, for nominal damages, and for an amount of punitive or exemplary damages sufficient to set an example and deter in the future the conduct complained of by Defendant or others.  All actual, nominal and punitive or exemplary damages to Plaintiff total at least $50,000.00.

25.     Plaintiff hereby brings this action pursuant to the New Mexico Unfair Practices Act, NMSA §§ 57-12-22 and 57-12-10, to recover Plaintiff's attorney fees and costs necessary for this matter, for his damages, to enjoin Defendant's unlawful behavior and require compliance with federal and state law regarding the use of auto-dialers and robo-calls to cell or wireless phones, regarding the use of misleading or inaccurate Caller ID information, and regarding Defendant's and its telemarketers' failures to identify themselves within 15 seconds of the beginning of their illegal calls.

Request for Class Certification pursuant to New Mexico Rule of Civil Procedure 1-023

26.     Plaintiff brings this case individually and also as a class action on behalf of certain others similarly situated - all persons with 505 area code phone numbers that dial to a wireless or cell phone and all persons with 505 area code residential phone numbers that are listed on the national do-not-call registry, who have never had any established business

4

relationship with Defendant, to whom Defendant or its telemarketers have directed telephone solicitations.

27. All the non-named class members should recover $500 each from Defendant.

28. The injunctions Plaintiff seeks should extend to the benefit of all class members.

29. Common questions of law and fact exist as to all members of the Class, which predominate over any questions affecting only individual members of each Class.

30. All class claims arise from the same practices and methods by Defendant and are all based on similar legal and factual theories.

31. When the common questions are resolved as to Plaintiff, they will also be resolved as to the members of the plaintiff class.

32. The prosecution of separate actions by individual members of the class would create risk of inconsistent or varying adjudications which would establish incompatible standards of conduct for Defendant.

33. Defendant has acted on grounds generally applicable to the class as a whole, thereby making appropriate final relief with respect to the class as a whole.

34. The claims of the named Plaintiff are typical of the claims of the class he seeks to represent, which has the same or similar claims.

35. The members of the plaintiff class have suffered the same injuries and possess the same interests as the Plaintiff.

36. Plaintiff will fairly and adequately represent and protect the interests of the plaintiff class members and has no interests antagonistic to those of the class members.

37. The expense and burden of individual litigation makes it economically infeasible and

procedurally impracticable for each member of the plaintiff class to seek redress individually.

38.   The existing issues can be determined in a class action in a manageable, time-efficient yet fair manner.

39.   Defendant has knowledge of who all the class-members are and the identities of the class members will be discovered from Defendant.

WHEREFORE, Plaintiff prays for entry of judgment for his actual, nominal, punitive and exemplary damages totaling at least $50,000.00; for injunctive relief pursuant to the Telephone Consumer Protection Act and the New Mexico Unfair Practices Act; for his statutory damages; For such other and further relief as the court deems just, proper and lawful; and for all pre-judgment and post-judgment interested allowed by law. Plaintiff prays the court certify a class of Plaintiffs and enter judgment consisting of injunctive relief and $500 damages for each member of the class. Plaintiff requests an award of his attorney fees and costs.

RESPECTFULLY SUBMITTED,

By:   /s/ Sid Childress

Sid Childress, Lawyer
PO Box 2327
Santa Fe, NM 87504
childresslaw@hotmail.com
(505) 433 - 9823
Attorney for Plaintiff



from -
PO Box 2327
Santa Fe, NM 87504

**RETURN RECEIPT REQUESTED**

CERTIFIED MAIL™

7014 0510 0000 9542 3863

U.S. POSTAGE PAID
SANTA FE, NM
87501
MAR 04, 17
AMOUNT
**$6.80**
R2305H126306-40

attn: Corporation Service Company
84 State St.
Boston, MA 02109